Bilal A. AL–HAQQ, Plaintiff–
Appellant,

v.

SGT Oliver WASHINGTON,
Defendant–Appellee,

and

John Pate, Warden; Major Walter Wor-
rick; AW Randall Williams; Lt Rich-
ard Jenkins; Lt Tyler; Cpl Marvin
Bryant; Ms. Edith Wetherbee; Mrs.
Virginia Grubbs; Ms. V. Jones, offi-
cial and individual capacity, Defen-
dants.

No. 15–7522.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 29, 2016.

Decided: March 31, 2016.

Bilal A. Al–Haqq, Appellant Pro Se.
Mary Bass Lohr, James Andrew Yoho,
Howell, Gibson & Hughes, PA, Beaufort,
South Carolina, for Appellee.

Before GREGORY and DUNCAN,
Circuit Judges, and DAVIS, Senior Circuit
Judge.

Remanded by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Bilal A. Al–Haqq, a South Carolina pris-
oner, seeks to appeal the district court's
order adopting the magistrate judge's rec-
ommendation and denying relief on his 42

U.S.C. § 1983 (2012) complaint. Parties in
a civil action in which the United States is
not a party have 30 days following entry of
judgment in which to file a notice of ap-
peal. Fed. R.App. P. 4(a)(1)(A). "[T]he
timely filing of a notice of appeal in a civil
case is a jurisdictional requirement."
*Bowles v. Russell*, 551 U.S. 205, 214, 127
S.Ct. 2360, 168 L.Ed.2d 96 (2007).

Because Al–Haqq is incarcerated, the
notice of appeal is considered filed on the
date it was properly delivered to prison
officials for mailing to the court. Fed.
R.App. P. 4(c)(1); *Houston v. Lack*, 487
U.S. 266, 276, 108 S.Ct. 2379, 101 L.Ed.2d
245 (1988). The record does not conclu-
sively reveal when Al–Haqq delivered the
notice of appeal to prison officials for mail-
ing. Accordingly, we remand the case for
the limited purpose of allowing the district
court to obtain this information from the
parties and to determine whether the filing
was timely under Fed. R.App. P. 4(c)(1)
and *Houston v. Lack*. The record, as sup-
plemented, will then be returned to this
court for further consideration.

*REMANDED.*